RECEIVED
MAR 15 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CALVIN REDD | DOCKET NO. 12-CV-1534; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice for failing to state a claim for which relief can be granted as to the following defendants only: Tim Wilkinson, Corrections Corporation of America, Officer Frederick, and the Winn Medical Department.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 15th day of March, 2013.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT