UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CALVIN REDD,                              CIVIL ACTION
          Plaintiff                       SECTION "P"
                                          NO. 1:12-CV-01534
VERSUS

TIM WILKINSON, et al.,                    JUDGE JAMES T. TRIMBLE
          Defendants                      MAGISTRATE JUDGE JAMES D. KIRK


## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Richardson's motion for summary judgment (Doc. 39) is GRANTED and Redd's complaint against Richardson is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of _____January_____, 2015.


_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE